AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Thomas D. Raffaele,
*Plaintiff(s)*

v.

City of New York; New York Civilian Complaint Review Board; Raymond W. Kelly; Richard A. Brown; Daniel O'Leary; Peter A. Crusco; Jon-Kristian Rzonca; Richard Lee; "Jane/John Doe" #1-20.
*Defendant(s)*

Civil Action No. 1:13-CV-4607(NGG)(VVP)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of New York, 1 Centre Street, Room 1200, New York, NY 10007; New York Civil Complaint Review Board, 40 Rector Street, 2nd Floor New York, NY 10006; Raymond W. Kelly, Peter A. Crusco, Jon-Kristian Rzonca, Richard Lee, "John/Jane #1-20" all addressed to One Police Plaza Madison Street New York, NY 10038; Richard A. Brown; Daniel O'Leary; Peter A. Crusco all addressed to Office of the District Attorney Queens County 125-01 Queens Boulevard, Kew Gardens, New York 11415;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CARDENAS ISLAM & ASSOCIATES, P.L.L.C.
175-61 Hillside Avenue, Suite 302
Jamaica, New York 11432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:   8/19/2013                                s/Tiffeny Lee
                                *Signature of Clerk or Deputy Clerk*