UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

THOMAS D. RAFFAELE,

                            Plaintiff,

          -against-

THE CITY OF NEW YORK; NEW YORK CIVILIAN COMPLAINT REVIEW BOARD; RAYMOND W. KELLY, in his official capacity as Police Commissioner of the City of New York; RICHARD A. BROWN, in his official capacity as QUEENS DISTRICT ATTORNEY; DANIEL O'LEARY, individually and in his official capacity as an Assistant District Attorney for Queens County; PETER A. CRUSCO, individually and in his official capacity as an Assistant District Attorney of Queens County; JON-KRISTIAN RZONCA, individually and in his official capacity as a New York City Police Officer; RICHARD LEE, individually and in his official capacity as a New York City Police Officer, and "JANE and JOHN DOE #1-20," individually and in their official capacity as New York City Police Officers,

                            Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

13 CV 4607 (KAM) (VVP)

        **PLEASE TAKE NOTICE** that **Virginia Jackson Nimick**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, New York City Civilian Complaint Review Board, Raymond W. Kelly, Richard, A. Brown, Daniel O'Leary, and Peter Crusco, effective immediately.

Dated:  New York, New York
        September 17, 2013

        MICHAEL A. CARDOZO
        Corporation Counsel of the City of New York
        *Attorney for Defendants City of New York, New York City Civilian Complaint Review Board, Raymond W. Kelly, Richard A. Brown, Daniel O'Leary, & Peter A. Crusco*
        100 Church Street | Room 3-216
        New York, New York 10007
        Tel:   (212) 356-2663
        Fax:  (212) 788-9776

             /s/
By: _____
     Virginia Jackson Nimick
     Assistant Corporation Counsel
     Special Federal Litigation Division