

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**VIRGINIA J. NIMICK**
phone: (212) 356-2663
fax: (212) 356-3509
email: vnimick@law.nyc.gov

September 30, 2013

**BY ECF**
Honorable Kiyo A. Matsumoto
United States District Court
Easter District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:     Thomas Raffaele v. City of New York, *et al.*
                13 CV 4607 (KAM) (VVP)

               Charles Menninger v. City of New York, *et al.*
                 13 CV 4987 (BMC)

Your Honor:

       I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to defend the above-referenced matters. I write pursuant to Your Honor's September 30, 2013 Order concerning defendants' request to have these matters consolidated. I apologize that my initial request was not as clear as it might have been. Defendants are requesting that these matters be consolidated for discovery as well as dispositive motion practice and trial. Consolidation will only make discovery more efficient and defendants do not believe that any party will be prejudiced by the same.

Thank you for your consideration of this request.

        MICHAEL A. CARDOZO
        Corporation Counsel of the City of New York
        *Attorney for Defendants*
        100 Church Street, Room 3|216
        New York, New York 10007
        Tel:   (212) 356-2663
        Fax:  (212) 356-3509

        /s/
By: _____
        Virginia Jackson Nimick
        Assistant Corporation Counsel
        Special Federal Litigation Division

cc:    Barak P. Cardenas, Esq. (by ECF)
       *Attorney for Thomas Raffaele*

       Kevin P. O'Donnell, Esq. (by e-mail)
       *Attorney for Charles Menninger*

       Honorable Viktor V. Pohorelsky (by ECF)
       United States Magistrate Judge