# CARDENAS ISLAM & ASSOCIATES PLLC

**PLEASE REPLY TO NEW YORK OFFICE**

<u>HILLSIDE OFFICE</u>
175-61 HILLSIDE AVENUE, STE. 302
JAMAICA, NY 11432
TEL (347) 809-7810
FAX (914) 861-0099

<u>WESTCHESTER OFFICE</u>
75 S. BROADWAY, 4TH FLOOR
WHITE PLAINS, NY 10601
TEL: (347) 809-7810
FAX: (914) 861-0099

October 2, 2013

<u>BY ECF</u>
Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     RE: THOMAS RAFFAELE V. CITY OF NEW YORK, et al
        Civil Action No. 13 CV 4607 (KAM) (VVP)

Dear Judge Matsumoto:

  Our firm represents plaintiff THOMAS RAFFAELE ("Raffaele") in the above entitled action.

  We request an extension of the deadline to respond to defendants counsel's letter motion to consolidate this matter with the matter of <u>Charles Menninger v. City of New York, et al</u>, Civil Action No. 13 CV 4987 (BMC).

  Our client, Judge Thomas Raffaele is attending a judicial conference and unavailable until early next week. As such, we request an extension to Friday, October 11, 2013 to file our response.

  Thank you for considering this request.

            Respectfully Submitted,

            CARDENAS ISLAM & ASSOCIATES, PLLC

             /S/
       By: _____
          **Barak P. Cardenas (BC-1276)**

CC: Virgina Jackson Nimick (Via ECF)
   Attorney for City of New York, et al