UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THOMAS D. RAFFAELE,

                Plaintiff                 **MEMORANDUM AND ORDER**

   - v -

                                                          CV 13-4607 (KAM)(VVP)

THE CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------------x
CHARLES MENNINGER,

                Plaintiff

   - v -                                                      CV 13-4987 (KAM)(VVP)

THE CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------------x

      The parties have filed a proposed Confidentiality Stipulation and Protective Order which carries a signature line for the court's endorsement. The Order describes various categories of documents for which protection is appropriate. However, paragraph 1 also contains a "catchall" category that is problematic in that it gives unlimited discretion to the defendants to designate any documents and other information to be subject to the order without making a showing of good cause as required by Rule 26(c) of the Federal Rules of Civil Procedure. Accordingly, the court has declined to enter the order as written. Instead, the court has made appropriate modifications. Should a party wish to designate other information for coverage under the Order, an application may be made to the court which describes that information with sufficient specificity to permit the court to determine whether it qualifies for protection, and if the need for protection is not readily apparent from the description of the information, a showing of good cause must accompany the application.

                                                                                 **SO ORDERED:**

                                                                      *Viktor V. Pohorelsky*
                                                                  VIKTOR V. POHORELSKY
                                                                  United States Magistrate Judge

Dated: Brooklyn, New York
         November 13, 2013