# CARDENAS ISLAM & ASSOCIATES, PLLC

175-61 Hillside Avene, Suite 302, Jamaica, New York 11432
75 South Broadway, 4th Floor, White Plains, New York 10601
Tel: (347) 809-7810   Fax: (914) 861-0099
office@cardenasislam.com

**Barak P. Cardenas, Esq.**
barak@cardenasislam.com
**Reza M. Islam, Esq.**
rmi@cardenasislam.com

March 9, 2015

**Via ECF**
Hon. Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:   Thomas Raffaele v. City of New York, *et. al.*
            13 CV 4607 (KAM) (VVP)**

Your Honor,

      This Firm represents Plaintiff, Thomas Raffaele in the above-referenced action. We submit this correspondence in response to Ms. Virginia Nimick's March 2, 2015 letter submitted to this court on behalf of the Defendants.

      We agree with Ms. Nimick's assertion that to date, discovery for the most part has been completed. We are also aware of Ms. Nimick's attempts to subpoena Mr. Muhammad Rashid and Mr. S.M. Ismail.

      Recently, this past week this Firm has made contact with both Mr. Rashid and Mr. Ismail. Mr. Rashid has apologized for his failure to contact this Firm on prior occasions and has expressed his willingness to make himself available. Moreover, Mr. Rashid has confirmed the address of his place of employment as it is listed in Plaintiff's Initial Disclosures. Furthermore, Mr. Rashid has authorized this Firm to accept any future notices for his examination before trial on his behalf.

      Additionally, Mr. Ismail expressed his apologies for the failure to contact this Firm on prior occasions. However, at this time Mr. Ismail is unwilling to provide his home address and phone number to the Defendants. Mr. Ismail has authorized this Firm to accept any future notices for his examination before trial on his behalf.

      Currently, this Firm does not foresee any difficulty producing Mr. Rashid and Mr. Ismail for their examinations before trial at a date to be determined. The aforementioned individuals have promised us their continued cooperation going forward.

Thus at this time we respectfully request that the Court deny Defendants' request for Mr. Rashid's and Mr. Ismail's personal and/or contact information because of their voluntary willingness to make themselves available. This Firm shall work with Ms. Nimick to schedule a specific date that shall work for all parties.

Yours truly,

Reza M. Islam, Esq.