| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 6/26/15 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 4:10 p.m. |
| | | END TIME: | 4:20 p.m. |
| DOCKET NO. | CV-13-4607 | JUDGE: | KAM |

CASE NAME:   Raffaele v. City of New York, et al.

### CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Status

APPEARANCES:   Plaintiff   No Appearance (unexcused)
                           Defendant   Virginia Nimick

SCHEDULING AND RULINGS:

1. There being no opposition, the defendants' motion to compel [87] is granted. The plaintiff shall provide complete written responses to the interrogatories and document requests that are the subject of the motion, and shall produce all documents responsive to the requests, by July 16, 2015. No information or documents may be withheld from disclosure on the basis of any objection, all objections having been waived by the failure timely to respond to the above discovery requests.

2. The next conference will be held by telephone on **August 28, 2015 at 2:00 p.m.**, to be initiated by counsel for the plaintiff Raffaele (Chambers: 718-613-2400).