UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

THOMAS D. RAFFAELE,

                             Plaintiff,

-against-

THE CITY OF NEW YORK; RAYMOND W. KELLY, individually and in his official capacity as Police Commissioner of the City of New York; RICHARD A. BROWN, in his official capacity as Queens District Attorney; DANIEL O'LEARY, individually and in his official capacity as an Assistant District Attorney of Queens County; PETER A. CRUSCO, individually and in his official capacity as an Assistant District Attorney of Queens County; LUIS SAMOT, individually and in his official capacity as a New York City Police Officer; RUSSELL LAWRY, individually and in his official capacity as a New York City Police Officer; JON-KRISTIAN RZONCA, individually and in his official capacity as a New York City Police Officer; MOSES LEE, individually and in his official capacity as a New York City Police Officer; CARON ADDESSO, individually and in her official capacity as a New York City Police Officer; DAVID TAORMINA, individually and in his official capacity as a New York City Police Officer; ANNIBAL MARTINEZ, individually and in his official capacity as a New York City Police Officer; NICHOLAS GIGANTE, individually and in his official capacity as a New York City Police Officer,

                             Defendants.

------------------------------------------------------------------------x

**JOINT DEPOSITION TRANSCRIPT APPENDIX**

13 CV 4607 (KAM) (PK)

      1. Annexed hereto as Exhibit "A" is a true and correct copy of excerpts from the September 11, 2014 deposition of plaintiff. The following portions were relied on in Defendants' Statement of Undisputed Facts Pursuant to Local Civil Rule 56.1:

- pp. 121 – 133; and
- p. 198.

The following portions were relied on in the Memorandum of Law by Plaintiff Thomas D. Raffaele in Opposition to Motion for Partial Summary Judgment:

- p. 91;
- pp. 112 – 113;
- pp. 116 – 117;
- p. 126;
- p. 132; and
- pp. 138 – 144.

2. Annexed hereto as Exhibit "B" is a true and correct copy of excerpts from the October 28, 2014 deposition of Sergeant David Taormina. The following portions were relied on in the Memorandum of Law by Plaintiff Thomas D. Raffaele in Opposition to Motion for Partial Summary Judgment:

- pp. 57 – 58; and
- p. 84.

3. Annexed hereto as Exhibit "C" is a true and correct copy of excerpts from the September 30, 2014 deposition of Police Officer Samot. The following portions were relied on in the Memorandum of Law by Plaintiff Thomas D. Raffaele in Opposition to Motion for Partial Summary Judgment:

- pp. 117 – 118;
- p. 139; and

- p. 159.

| | |
|---|---|
| Dated: New York, New York<br>August 24, 2016 | **ZACHARY W. CARTER**<br>CORPORATION COUNSEL OF THE CITY OF NEW YORK<br>*Attorney for Defendants*<br>100 Church Street<br>New York, New York 10007<br>(212) 356-3527<br><br>By: _____/s/_____<br>Brian Francolla<br>*Senior Counsel*<br>Special Federal Litigation Division |

cc: Reza Islam, Esq. (by ECF and email)
Barak Cardenas, Esq.
Cardenas Islam & Associates, PLLC
175-61 Hillside Avenue, Suite 302
Jamaica, New York 11432